CLARA MORGAN SHACKIL v. ELI LILLY AND COMPANY, ET AL. AND PARKE, DAVIS & COMPANY.

December 8, 1987.

Leave to appeal granted.

LILLIAN WILKINS v. HUDSON COUNTY JAIL AND COUNTY OF HUDSON.

December 16, 1987.

Petition for certification denied. (See 217 *N.J.Super.* 39)

STATE OF NEW JERSEY v. ANTOINETTE YURKOW.

December 18, 1987.

Leave to appeal granted, and the order of the Appellate Division is summarily modified to the extent that defendant having been found indigent, the Office of the Public Defender is directed to have the necessary transcripts prepared and to assist defendant in the prosecution of her pro se appeal.